O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL ACQUISITIONS NETWORK, a Wyoming corporation; SHAWN CORNEILLE, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation; ORIANA CAPITAL PARTNERS, LLC, a Connecticut limited liability company; ZANCO, a company of unknown business form, HLB FINANCIAL, LLC, a company of unknown form; W/C INVESTMETN HOLDINGS INC., a Florida corporatin; DEXTER CHAPPELL, an individual; VALERIE CHAPPELL, an individual; JON LEARY, an individual; et al.,<br><br>　　　　　Defendants.<br>_____ | Case No. CV 12-08758 DDP (CWx)<br><br>**AMENDED ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

　　　Plaintiffs Global Acquisitions Network and Shawn Corneille are ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction.

　　　District courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the

United States." 28 U.S.C. § 1331. Alternatively, district courts may exercise diversity jurisdiction when there is complete diversity between the parties and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332. Complete diversity means that each of the plaintiffs must be a citizen of a different state than each of the defendants. <u>Caterpillar Inc. v. Lewis</u>, 519 U.S. 61, 68 (1996).

Here, nothing on the face of Plaintiffs' Complaint suggests a federal question. Furthermore, it is not clear from the Complaint that there is complete diversity of Plaintiffs and Defendants, since the citizenship of Defendant HLB Financial LLC is not indicated.

Accordingly, the court orders Plaintiffs to file a brief, not to exceed ten pages, by Friday, January 4, 2013, showing why this action should not be dismissed for lack of jurisdiction. Plaintiffs should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles. The court will regard any failure to file an explanatory brief as consent to dismiss this matter.

IT IS SO ORDERED.

Dated: December 19, 2012

                                        DEAN D. PREGERSON
                                        United States District Judge